UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| WAYNE GORDON | * | CIVIL ACTION NO. 17-8052 |
| | * | |
| | * | SECTION: "L"(1) |
| VERSUS | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| LACEY LANGINO, ET AL. | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the lawsuit is **DISMISSED** for lack of subject matter jurisdiction and without prejudice to any right the plaintiff may have to file his complaint in the appropriate state forum.

New Orleans, Louisiana, this 20th day of November, 2017.

**ELDON E. FALLON**
UNITED STATES DISTRICT JUDGE