UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| WAYNE GORDON | * | CIVIL ACTION NO. 17-8052 |
| | * | |
| | * | SECTION: "L"(1) |
| VERSUS | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| LACEY LANGINO, ET AL. | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************* | * | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the lawsuit is **DISMISSED** for lack of subject matter jurisdiction and without prejudice to any right the Plaintiff may have to file his complaint in the appropriate state forum.

**IT IS FURTHER ORDERED** that the Plaintiff's motion for reconsideration (Rec. Doc. 10) is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the Court's Order to stay the Judgment (Rec. Doc. 11) is hereby **LIFTED**, and the Judgment entered on November 20, 2017 (Rec. Doc. 7) is now **REINSTATED**.

New Orleans, Louisiana, this 2nd day of January, 2018.

**ELDON E. FALLON**
UNITED STATES DISTRICT JUDGE

1

Clerk to mail:

    Mr. Wayne Gordon
    3133 N Tonti St., #A
    New Orleans, LA 70117